UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SHANNON DOTSON** | **CASE NO. 1:18-CV-00885** |
| **VERSUS** | **JUDGE DRELL** |
| **TUNICA-BILOXI GAMING COMMISSION** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons expressed in the Report and Recommendations of the Magistrate Judge filed previously herein and after independent (de novo) review of the entire record in this case, including the objections filed by plaintiff, the court ADOPTS the proposed findings and it is hereby

ORDERED that defendants' motions to dismiss (Doc. 51, 52) are GRANTED. Defendant's alternative motion for more definite statement (Doc. 51) is DENIED as MOOT. Accordingly, it is further

ORDERED, ADJUDGED and DECREED that all claims by plaintiff against defendants Tunica-Biloxi Gaming Commission, Lori Piazza and Vocarro in the instant suit are DENIED AND DISMISSED with prejudice. It is further

ORDERED that plaintiff's pending motion for issuance of subpoena duces tecum (Doc. 71) is DENIED as MOOT. Similarly, the motion to quash (Doc. 74) filed thereafter by defendant is DENIED as MOOT.

THUS DONE AND SIGNED this 26th day of March, 2020 at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT